UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - -:

CHARLES E. GORE,                          :   03 Civ. 9442 (KMK)  (JCF)
                                          :
                      Plaintiff,          :          O R D E R
                                          :
        - against -                       :
                                          :
THE RBA GROUP, Inc. and HAIDER            :
ENGINEERING,                              :
                                          :
                      Defendants.         :
- - - - - - - - - - - - - - - - - - - -:

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/2/08

        The Court having determined defendants' motion for summary
judgment by Order dated March 31, 2008, it is hereby ORDERED that
by April 30, 2008 the parties submit a joint pretrial order in the
form required by the Honorable Kenneth M. Karas, U.S.D.J.

                      SO ORDERED.

                      _____
                      JAMES C. FRANCIS IV
                      UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         April 2, 2008

Copies mailed this date:

Christopher P. Edelson, Esq.
155 East 47th Street, #2E
New York, New York  10017

Joseph B. Fiorenzo, Esq.
Sokol, Behot & Fiorenzo
433 Hackensack Avenue
Hackensack, New Jersey  07601

1

Syosset, New York
Haider Engineering, PC
755 Merrick Road
Baldwin, New York   11510