UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**CHARLES E. GORE**,

                  Plaintiff,

-v-

**PORT AUTHORITY TRANS-HUDSON**

                  Defendant.

---

Case No.

03-cv-09442 (RJS)(JCF)

ORDER

RICHARD J. SULLIVAN, District Judge:

      The above-entitled action has been reassigned to my docket. Accordingly, the parties are hereby ORDERED to appear for a status conference on **May 14, 2008 at 2:30pm** in Courtroom **21C** of the United States District Court for the Southern District of New York, 500 Pearl Street, NYC .

      SO ORDERED.

DATED:
New York, New York
April 15, 2008

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE