UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES E. GORE,

            Plaintiff,

-v-

THE RBA GROUP, INC., HAIDER ENGINEERING,

            Defendants.

No. 03 Civ. 9442 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

By letter dated April 23, 2008, defendant Haider Engineering ("Haider") seeks to adjourn the deadline for submission of a joint pre-trial order from April 30, 2008, to June 30, 2008. Haider asserts that it has "just recently retained" counsel and has not previously conducted any discovery in this case. (Haider's Apr. 23, 2008 Ltr. at 1.) Thus, Haider asserts that an extension of time is necessary to permit Haider to depose witnesses and/or to "file a dispositive motion." (Id.) Plaintiff opposes Haider's request on the ground that it will cause "unjustified delay" in this action. (Pl.'s Apr. 24, 2008 Ltr.)

IT IS HEREBY ORDERED that the time for submission of a joint pre-trial order is STAYED pending the parties' appearance at a status conference before the Court on May 14, 2008. At that conference, the Court shall hear the parties' respective positions regarding the need for an extension of time to conduct additional discovery.

SO ORDERED.

Dated:    New York, New York
           April 28, 2008

                                  RICHARD J. SULLIVAN
                                  UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/08