UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES E. GORE,

    Plaintiff,

-v-

THE RBA GROUP, INC., HAIDER ENGINEERING,

    Defendants.

No. 03 Civ. 9442 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/13/08

RICHARD J. SULLIVAN, District Judge:

By letter dated May 9, 2008, defendant Haider Engineering ("Haider") requests a pre-motion conference in anticipation of filing a motion to dismiss. Haider asks this Court to address the proposed motion at the status conference previously scheduled for May 14, 2008.

IT IS HEREBY ORDERED that the conference previously scheduled for May 14, 2008 is ADJOURNED to _MAY 22, 2008 @ 3:30pm_.

At that time, the Court shall address defendant Haider's anticipated motion.

IT IS FURTHER ORDERED that, within four business days of the date of this Order, plaintiff shall submit a letter, not to exceed three (3) pages, responding to defendant Haider's May 9, 2008 letter and explaining why he anticipates defendant's motion is likely to fail.

SO ORDERED.

Dated:    New York, New York
            May 12, 2008

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE