UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES E. GORE,

    Plaintiff,

  -v-

THE RBA GROUP, INC., HAIDER ENGINEERING,

    Defendants.

No. 03 Civ. 9442 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

At the conference before the Court held on May 22, 2008, the Court adopted the following directives regarding defendant Haider Engineering's proposed motion to dismiss:

Defendant Haider shall submit its motion by June 12, 2008.

Plaintiff shall submit his opposition by June 19, 2008.

Defendant Haider shall submit its reply, if any, by June 25, 2008.

Thereafter, the Court will schedule oral argument regarding defendant Haider's proposed motion, if necessary.

SO ORDERED.

Dated:    New York, New York
           May 29, 2008

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE