UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES E. GORE,

                Plaintiff,

-v-

                No. 03 Civ. 9442 (RJS)
                ORDER

THE RBA GROUP, INC., HAIDER
ENGINEERING,

                Defendants.

RICHARD J. SULLIVAN, District Judge:

    For the reasons stated on the record at the March 27, 2009 oral argument, the Court adopts Magistrate Judge Francis's March 10, 2009 Report and Recommendation and denies Defendant Haider Engineering's motion to dismiss for insufficient service of process. Plaintiff is directed to serve Defendant Haider Engineering and file proof of service electronically with the Court within thirty days of the date of this Order.

    IT IS HEREBY ORDERED that the parties shall contact Magistrate Judge Francis to address any additional discovery Defendant Haider Engineering may request or any discovery disputes that may arise.

    IT IS FURTHER ORDERED that the parties shall submit a joint status letter to the Court no later than forty-five days from the date of this Order.

    The Clerk of the Court is respectfully directed to terminate the motion docketed as Document No. 58.

SO ORDERED.

Dated:    March 27, 2009
           New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE