UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES E. GORE,

                Plaintiff,

-v-

THE RBA GROUP, INC., and HAIDER ENGINEERING,

                Defendants.

No. 03 Civ. 9442 (RJS) (JCF)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Clerk of the Court is respectfully directed to terminate the motion docketed as Doc. No. 75, as Plaintiff has withdrawn its claims against Defendant Haider Engineering, and Haider Engineering seeks summary judgement against Defendant RBA Group's cross-claims in a separate motion.

SO ORDERED.

Dated:    New York, New York
            October 1, 2009

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE